IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PRIORITY RECORDS, LLC, et al.,

        Plaintiffs,

  vs.                                                       CIVIL NO.  07-920 WJ/LFGS

SYLVIA PADILLA,

        Defendant.

## ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS

THIS MATTER is before the Court on Plaintiff Priority Records, LLC.. et al.'s ("Plaintiffs") Motion to Extend Deadline to File Objections to Memorandum Opinion and Order of the Magistrate Judge [Doc. 36].  No response is necessary.

Plaintiffs seek an extension of time to file objections under FED. R. CIV. P. 72(a) to the Magistrate Judge's Memorandum Opinion and Order of September 20, 2010, on grounds they contemporaneously filed a Motion for Reconsideration [Doc. 37] of the same order.  This request is appropriate, *see*, Comeau v. Rupp, 142 F.R.D. 683, 685 (D. Kan. 1992), and Plaintiffs having shown good cause under FED. R. CIV. P. 6(b)(1) and having made a timely request,

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Extend Deadline to File Objections [Doc. 36] is granted.  Objections will be due 14 days following the date of the Magistrate Judge's ruling on the Motion for Reconsideration.

 

*Lorenzo F. Garcia*
Lorenzo P. Garcia
United States Magistrate Judge